UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **KIMBERLY COLEMAN,** )<br>**KENNETH PLEZ, and** )<br>**MICHAEL THOMAS,** )<br>      Plaintiffs, ) <br>                                           )<br>v.                                      )<br>                                           )<br>**RED ROOF INNS, INC.,** )<br>      Defendant.                ) | **CIVIL ACTION FILE NO:** |

## COMPLAINT

NOW COME the Plaintiffs, KIMBERLY COLEMAN ("Coleman"), KENNETH PLEZ ("Plez"), MICHAEL THOMAS ("Thomas") (collectively, "Plaintiffs"), and hereby submit their Complaint against Defendant Red Roof Inns, Inc., ("Red Roof" or "Defendant Employer") on the following grounds:

## JURISDICTION

1.

This Court has jurisdiction of the subject matter pursuant to 28 U.S.C. § 1331 (federal question), § 1337 (commerce) and under 29 U.S.C. § 216(b) ("Fair Labor Standards Act").

## VENUE

2.

Venue is properly lodged in this judicial district and division pursuant to 28 U.S.C. § 1391(b) because Defendant Employer either resides or transacts business in the Northern District of Georgia and the unlawful employment practices alleged herein were committed in the Northern District of Georgia, Atlanta Division.

## PARTIES

3.

Defendant Employer is a foreign corporation whose principal place of business is located at: 605 South Front Street, Columbus, OH 43215.

4.

Defendant Employer may be served with process on its registered agent, Corporation Service Company, 40 Technology Parkway South, Suite 300, Norcross, GA 30092.

5.

Plaintiff Coleman was employed by Defendant Employer as a housekeeper from April 2012 until she was terminated in November 2012.

6.

Plaintiff Thomas was employed by Defendant Employer as a front desk

representative from April 2012 until he was terminated in October 2012.

7.

Plaintiff Plez was employed by Defendant Employer as a housekeeper from April 2012 until he was terminated in October 2012.

## FACTUAL ALLEGATIONS

8.

Defendant Employer is a hotel/motel operating in Atlanta, Georgia.

9.

Plaintiffs were required to use a computer-based, automated timesheet program to record the hours they worked for Defendant Employer.

10.

Plaintiffs would sign into the computer program using a login and password assigned to each employee. When Plaintiffs completed their workday, they would logout of the computer based program.

11.

Managers at Red Roof were constantly complaining that employees were working too many overtime hours. Employees at Red Roof were constantly being pressured to get their work completed faster.

12.

Managers received bonuses for keeping the amount of hours employees worked below a certain threshold.

13.

Plaintiffs began to suspect that their timesheets were being altered as they were missing payments for hours worked from their paychecks.

14.

Plaintiffs' suspicions were confirmed when they logged into the automated timesheet program and discovered that managers were intentionally altering their timesheets and thereby depriving Plaintiffs of compensation for hours worked (See Attached Exhibit "A").

15.

When Plaintiffs complained to Defendant Employer about missing hours, including missing overtime hours, Plaintiffs' were terminated in retaliation.

## COUNT ONE

## FAIR LABOR STANDARDS ACT VIOLATION: UNPAID MINIMUM WAGE

16.

The allegations set forth in paragraphs 1 through 15 are incorporated herein by

Case 1:13-cv-01274-WSD   Document 1   Filed 04/17/13   Page 5 of 17

reference.

17.

At all times relevant herein, Plaintiffs were non-exempt employees and were required to be paid a minimum wage at a rate of $7.25 per hour pursuant to the Fair Labor Standards Act.

18.

Plaintiffs were deprived of receiving the minimum wage rate of $7.25 when Defendant Employer intentionally deleted hours Plaintiffs' worked from their automated timesheets.

## COUNT TWO

## FAIR LABOR STANDARDS ACT VIOLATION: UNPAID OVERTIME

19.

The allegations set forth in paragraphs 1 through 18 are incorporated herein by reference.

20.

Plaintiffs are a member of the class of employees protected by the Fair Labor Standards Act. 29 U.S.C.§ 201 et seq.

21.

At all times relevant herein, Plaintiffs were non-exempt employees and were

required to be paid overtime at a rate of one and one-half times their regular rate of pay.

22.

Plaintiffs would regularly work more than forty (40) hours during the workweek. However, Plaintiffs were not compensated for overtime hours worked as required by 29 U.S.C. § 216(b).

23.

Defendant Employer willfully deprived Plaintiffs from receiving overtime compensation by intentionally altering Plaintiffs' timesheets for the purpose of depriving Plaintiffs from receiving overtime compensation.

24.

Plaintiff also claim costs of this action and attorney's fees pursuant to 29 U.S.C. § 216(b).

## COUNT THREE

## FAIR LABOR STANDARDS ACT VIOLATIONS: RETALIATON

25.

The allegations set forth in paragraphs 1 through 24 are incorporated herein by reference.

26.

Pursuant to the Fair Labor Standards Act, Plaintiffs' were engaged in a protected activity when they complained to Defendant Employer about missing hours, including overtime hours, from their timesheets.

27.

Defendant Employer retaliated against Plaintiffs by terminating their employment in violation of the Fair Labor Standards Act.

## COUNT FOURTH

## O.C.G.A. § 9-3-22: RECOVERY OF WAGES

28.

Tne allegations set forth in paragraphs 1 through 27 are incorporated herein by reference.

29.

Plaintiffs were willfully and intentionally deprived compensation for work performed.

30.

Plaintiffs are entitled to receive compensation for all wages they were deprived the benefit of receiving.

## COUNT FIVE

## FRAUD, DECEIT, AND WILLFUL MISREPRESENTATION

31.

The allegations set forth in paragraphs 1 through 30 are incorporated herein by reference.

32.

Defendant Employer promised Plaintiffs that they would be paid their stated hourly rate for every hour Plaintiffs worked.

33.

Defendant Employer promised Plaintiffs that they would be paid time and one-half their hourly rate for every hour worked over forty hours in a workweek.

34.

At the time Defendant Employer made these promises, Defendant Employer had no intention of paying Plaintiffs as promised.

35.

Defendant Employer induced Plaintiffs to work by deceiving Plaintiffs' into believing that they were being paid as promised.

36.

Defendant Employer willfully misrepresented the amount of hours

Plaintiffs' worked with the intent to deceive Plaintiffs and deprive them of payment for hours worked.

## COUNT SIX

## PUNITIVE DAMAGES

37.

The allegations set forth in paragraphs 1 through 36 are incorporated herein by reference.

38.

Plaintiffs are entitled to punitive damages pursuant to state and federal law as Defendant Employer's actions in altering Plaintiffs' timesheets and depriving Plaintiffs of compensation for work Plaintiffs performed was intentional, willful and malicious.

39.

Plaintiffs are entitled to punitive damages pursuant to state and federal law as Defendant Employer's actions in terminating Plaintiffs for engaging in a protected activity was willful and malicious.

## PRAYER FOR RELIEF AND DEMAND FOR JURY TRIAL

**WHEREFORE,** the Plaintiffs pray for the following relief against the Defendant:

a. That summons issue and service be perfected upon the Defendant requiring appearance in this Court within the time required by law and to answer this Complaint;

b. That Plaintiffs have a trial by jury;

c. That the Court declare Defendant's conduct and practices in violation of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.;

d. That the Court permanently enjoin Defendant Employer, its officers, agents, employees, attorneys, and those acting in concert with them, from engaging in any employment policy or practice which violates overtime provision of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.;

e. That the Court permanently enjoin Defendant Employer, its officers, agents, employees, attorneys, and those acting in concert with them, from retaliation as prohibited by 29 U.S.C. § 215(a)(3);

f. That Plaintiff recover attorney's fees and all costs of pursuing this action, as provided by 29 U.S.C. § 216(b);

g. That Plaintiffs be awarded back pay and liquidated damages for the statutory period allowed by the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.;

h. That Plaintiffs be awarded damages under 29 U.S.C. § 255 for a willful violation of the Act;

i.  For such other and further relief as this Court may deem appropriate under the circumstance.

Respectfully submitted this 17th day of April, 2013.

CLAXTON LAW GROUP, LLC

*s/Muna H. Claxton*
Muna H. Claxton
Georgia Bar No.: 508508
545 N. McDonough Street
Terrace-Suite D
Decatur, GA 30030
Phone: (404) 669-6119
Fax:    (404) 475-3089
mclaxton@claxtonlawgroup.com



home | about us | help | legal | log out

Welcome Michael Thomas     10/22/2012     Reminders (0)

**Workplace**

**Benefits**

**Payroll**
- Compensation
- Pay Checks
- Attendance and Time Off
- W-2 Forms
- View Tax Filing

**Information**

**Performance**

**18:36:42**
Monday, October 22, 2012

Refresh
Log Off

Michael Thomas
308381

Request Single Vacation Day Off

Request Multiple Vacation Days Off

Request Partial Vacation Day Off

Request Floating Holiday Off

| Activity | Time Card | Schedules | Benefits | Archives | Leave Req. |

Select another Pay Period   Help

Showing period from 10/07/12 to 10/20/12

| Transactions | Period Totals | Supervisor Edits | Benefit Balances |

| Operator | Adjustments |
|---|---|
| M300636 | 10/07/12 3:34p DEL PUN 10/07/12 2:41p |
| M300636 | 10/09/12 1:40p ADD PUN 10/07/12 2:41p |
| M300636 | 10/22/12 1:53a AUTHORIZED PERIOD BEGINNING 10/07/12 |
| M300636 | 10/22/12 1:52a ADD PUN 10/12/12 3:00p |
| M300636 | 10/22/12 1:52a ADD PUN 10/12/12 11:00p |
| M300636 | 10/22/12 1:46a ADD PUN 10/14/12 11:00p |

ttps://online5.emangrove.com/SysForms/Ess.aspx



EXHIBIT A

1/1



home | about us | help | legal | log out

Welcome Michael Thomas                                                                           10/22/2012                       Reminders (0)

**Workplace**

**Benefits**

**Payroll**
 Compensation
 Pay Checks
 Attendance and Time Off
 W-2 Forms
 View Tax Filing

**Information**

**Performance**

**18:33:14**
Monday, October 22, 2012

Refresh
Log Off

Michael Thomas
308381

Request Single Vacation Day Off

Request Multiple Vacation Days Off

Request Partial Vacation Day Off

Request Floating Holiday Off

| Activity | Time Card | Schedules | Benefits | Archives | Leave Req. |

Select another Pay Period   Help

Showing period from 09/23/12 to 10/06/12

| Transactions | Period Totals | Supervisor Edits | Benefit Balances |

| Operator | Adjustments |
|---|---|
| M300636 | 10/07/12 3:15p DEL PUN 09/23/12 2:22p |
| M300636 | 10/07/12 3:15p DEL PUN 09/23/12 11:38p |
| M300636 | 10/07/12 3:16p ADD PUN 09/23/12 3:00p |
| M300636 | 10/07/12 3:16p ADD PUN 09/23/12 11:00p |
| M300636 | 10/07/12 3:37p AUTHORIZED PERIOD BEGINNING 09/23/12 |
| M300636 | 10/08/12 10:44a ADD PUN 09/25/12 9:00a |
| M300636 | 10/08/12 10:45a ADD PUN 09/25/12 10:30a |
| M300636 | 10/07/12 3:17p ADD PUN 09/27/12 3:00p |
| M300636 | 10/07/12 3:18p DEL PUN 09/27/12 2:10p |
| M300636 | 10/07/12 3:31p DEL PUN 09/27/12 11:31p |
| M300636 | 10/07/12 3:32p ADD PUN 09/27/12 11:00p |
| M300636 | 10/07/12 3:19p DEL PUN 09/28/12 2:17p |
| M300636 | 10/07/12 3:19p DEL PUN 09/28/12 11:29p |
| M300636 | 10/07/12 3:20p ADD PUN 09/28/12 2:36p |
| M300636 | 10/07/12 3:20p ADD PUN 09/28/12 11:00p |



home | about us | help | legal | log out

Welcome Kenneth Plez     10/22/2012     Reminders (0)

**Workplace**

**Benefits**

**Payroll**
- Compensation
- Pay Checks
- Attendance and Time Off
- W-2 Forms
- View Tax Filing

**Information**

**Performance**

**19:55:37**
Monday, October 22, 2012

Refresh
Log Off

Kenneth Plez
400438

- Request Single Vacation Day Off
- Request Multiple Vacation Days Off
- Request Partial Vacation Day Off
- Request Floating Holiday Off

| Activity | Time Card | Schedules | Benefits | Archives | Leave Req. |

Select another Pay Period    Help

Showing period from 09/23/12 to 10/06/12

| Transactions | Period Totals | Supervisor Edits | Benefit Balances |

| Operator | Adjustments |
|---|---|
| M300636 | 10/07/12 4:49p AUTHORIZED PERIOD BEGINNING 09/23/12 |
| M300636 | 10/07/12 4:40p DEL PUN 09/30/12 7:03p |
| M300636 | 10/07/12 4:40p ADD PUN 09/30/12 4:33p |
| M300636 | 10/07/12 4:42p DEL PUN 10/01/12 10:40p |
| M300636 | 10/07/12 4:42p DEL PUN 10/01/12 10:27p |
| M300636 | 10/07/12 4:42p DEL PUN 10/01/12 10:20p |
| M300636 | 10/07/12 4:42p ADD PUN 10/01/12 7:12p |
| M300636 | 10/07/12 4:44p DEL PUN 10/02/12 5:24p |
| M300636 | 10/07/12 4:44p ADD PUN 10/02/12 4:00p |
| M300636 | 10/07/12 4:46p DEL PUN 10/03/12 5:14p |
| M300636 | 10/07/12 4:46p ADD PUN 10/03/12 3:39p |
| M300636 | 10/07/12 4:49p DEL PUN 10/05/12 6:47p |
| M300636 | 10/07/12 4:49p ADD PUN 10/05/12 4:30p |



home | about us | help | legal | log out

Welcome Kenneth Plez                                                                           10/22/2012                           ✓ Reminders (0)

**Workplace**

**Benefits**

**Payroll**
 Compensation
 Pay Checks
 Attendance and Time Off
 W-2 Forms
 View Tax Filing

**Information**

**Performance**

**20:02:07**
Monday, October 22, 2012

Refresh
Log Off

Kenneth Plez
400438

Request Single Vacation Day Off
Request Multiple Vacation Days Off
Request Partial Vacation Day Off
Request Floating Holiday Off

| Activity | Time Card | Schedules | Benefits | Archives | Leave Req. |

Select another Pay Period   Help

Showing period from 09/09/12 to 09/22/12

| Transactions | Period Totals | Supervisor Edits | Benefit Balances |

| Operator | Adjustments |
|---|---|
| M300636 | 09/24/12 10:44a AUTHORIZED PERIOD BEGINNING 09/09/12 |
| M300636 | 09/24/12 10:44a DEL PUN 09/21/12 11:29p |
| M300636 | 09/24/12 10:45a ADD PUN 09/21/12 10:45p |



home | about us | help | legal | log out

Welcome Kimberly Coleman                                10/22/2012              ▽ Reminders (0)

**Workplace**

**Benefits**

**Payroll**
- Compensation
- Pay Checks
- Attendance and Time Off
- W-2 Forms
- View Tax Filing

**Information**

**Performance**

Request Single Vacation Day Off

Request Multiple Vacation Days Off

Request Partial Vacation Day Off

Request Floating Holiday Off

**20:30:07**
Monday, October 22, 2012

Refresh / Log Off

Kimberly Coleman
308035

| Activity | Time Card | Schedules | Benefits | Archives | Leave Req. |

Select another Pay Period    Help

Showing period from 09/23/12 to 10/06/12

| Transactions | Period Totals | Supervisor Edits | Benefit Balances |

| Operator | Adjustments |
|---|---|
| M300636 | 10/07/12 4:36p AUTHORIZED PERIOD BEGINNING 09/23/12 |
| M300636 | 10/07/12 4:31p DEL PUN 09/30/12 6:12p |
| M300636 | 10/07/12 4:32p ADD PUN 09/30/12 4:23p |
| M300636 | 10/07/12 4:32p DEL PUN 10/01/12 6:42p |
| M300636 | 10/07/12 4:33p ADD PUN 10/01/12 5:00p |
| M300636 | 10/07/12 4:34p DEL PUN 10/02/12 7:41p |
| M300636 | 10/07/12 4:34p ADD PUN 10/02/12 4:13p |
| M300636 | 10/07/12 4:35p DEL PUN 10/03/12 6:13p |
| M300636 | 10/07/12 4:35p ADD PUN 10/03/12 4:00p |
| M300636 | 10/07/12 12:17p DEL PUN 10/04/12 7:45p |
| M300636 | 10/07/12 12:18p DEL PUN 10/04/12 8:30p |
| M300636 | 10/07/12 4:35p DEL PUN 10/04/12 7:33p |
| M300636 | 10/07/12 4:36p ADD PUN 10/04/12 4:45p |



home | about us | help | legal | log out

Welcome Kimberly Coleman                               10/22/2012                    ✓ Reminders (0)

**Sidebar:**
- Workplace
- Benefits
- Payroll
  - Compensation
  - Pay Checks
  - Attendance and Time Off
  - W-2 Forms
  - View Tax Filing
- Information
- Performance

**20:26:04**
Monday, October 22, 2012

Refresh | Log Off

Kimberly Coleman
308035

Tabs: Activity | Time Card | Schedules | Benefits | Archives | Leave Req.

Left panel:
- Request Single Vacation Day Off
- Request Multiple Vacation Days Off
- Request Partial Vacation Day Off
- Request Floating Holiday Off

Select another Pay Period    Help

Showing period from 10/07/12 to 10/20/12

Sub-tabs: Transactions | Period Totals | Supervisor Edits | Benefit Balances

| Operator | Adjustments |
|---|---|
| M300636 | 10/22/12 12:09a AUTHORIZED PERIOD BEGINNING 10/07/12 |
| M300636 | 10/22/12 12:09a ADD PUN 10/11/12 4:00p |
| M300636 | 10/22/12 12:06a ADD PUN 10/16/12 10:00a |
| M300636 | 10/22/12 12:06a ADD PUN 10/16/12 4:45p |
| M300636 | 10/22/12 12:06a ADD PUN 10/17/12 9:30a |