# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KIMBERLY COLEMAN, KENNETH PLEZ, and MICHAEL THOMAS,<br>  Plaintiff,<br><br>v.<br><br>RED ROOF INNS, INC.,<br>  Defendant. | CIVIL ACTION FILE NO:<br>1:13-cv-1274-WSD |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Kimberly Coleman, Kenneth Plez, and Michael Thomas, along with Defendant Red Roof Inns, Inc., (together, the "Parties"), by their representative undersigned counsel, hereby stipulate as follows, subject to the approval of the Court, that:

1. The action will be dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs incurred in this action.

Respectfully submitted this 24th day of January, 2014.

| | |
|---|---|
| */s/ Muna H. Claxton*<br>Muna H. Claxton<br>Georgia Bar No. 508508<br>CLAXTON LAW GROUP, LLC | */s/ Brian M. Dossena*<br>Brian M. Dossena<br>SKEDSVOLD, WHITE & WESLEY, LLC<br>1050 Crowne Pointe Parkway, Suite 710 |

545 North McDonough Street,
Suite 201
Decatur, GA 30030
Telephone:  (404) 669-6119
Facsimile:    (404) 475-3089
Attorney for Plaintiffs

Atlanta, GA 30338
Telephone: (770) 392-8610
Facsimile:   (770) 392-8620
Attorney for Defendant